MD-JS6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BYRON GREEN,

        Plaintiff,

vs.

LOS ANGELES POLICE DEPARTMENT, et al.,

        Defendants.

Case No. CV 07-7648-DSF (RNB)

**JUDGMENT**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 2-7-08

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE